IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HERMAN JACKSON JR.**                                                        **PETITIONER**

**V.**                                     **NO. 4:19-CV-158-DMB-RP**

**WARDEN BARRY RULE**                                       **RESPONDENT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, Herman Jackson Jr.'s petition for a writ of habeas corpus is **DENIED with prejudice**. A certificate of appealability is also **DENIED**.

**SO ORDERED**, this 23rd day of February, 2023.

                                                                            **/s/Debra M. Brown**
                                                                            **UNITED STATES DISTRICT JUDGE**